WALMOR, INC., Respondent, v. GLOBE INDUSTRIAL CORPORATION and Others, Defendants, and ABRAHAM MESKIN, Appellant.— Order granting plaintiff's motion to strike out the answer of defendant Abraham Meskin and for summary judgment in an action upon a promissory note, upon which said defendant was an indorser, and judgment entered thereon affirmed, in so far as appealed from, with ten dollars costs and disbursements. Assuming, without deciding, that the defenses were sufficient upon their face, the affidavits do not reveal an issue of fact requiring a trial. The appellant's own version of the arrangement under which he indorsed certain notes required that he should indorse the notes that were the successors of all the notes he indorsed in the first instance. The appellant's affidavits disclose affirmatively that he was obligated to indorse a note in the sum of $3,000, which he did not indorse, and, therefore, his having indorsed another note which was the successor of an unindorsed note and which is in the same amount as the note he should have indorsed discloses no grievance of which he can complain, but, on the contrary, necessitates the view that the indorsement of the note sued upon was

not due to mistake but was in lieu of his failure to indorse a corresponding note of the earlier due date in the same amount as the note indorsed. Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ., concur.